**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

BRADLEY DEAN PATTERSON                    CIVIL ACTION NO. 06-752-P

VERSUS                                    JUDGE HICKS

RICHARD STALDER, ET AL.                   MAGISTRATE JUDGE HORNSBY

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) until such time as the Heck conditions are met and that Plaintiff's request for habeas relief is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 2nd day of June, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE